**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEROY MONTGOMERY

vs.                                          CIVIL ACTION NO. 07-2234 EGS

PENSION BENEFIT GUARANTY
CORPORATION, as statutory
trustee and guarantor of the
LTV Steel Hourly Pension
Plan

**AFFIDAVIT OF SERVICE**

I, Neal A. Sanders, Attorney for Plaintiff, hereby declare

that on the 17th day of December, 2007, I mailed a copy of the

summons and complaint, certified mail return receipt requested,

to PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee and

guarantor of the LTV Steel Hourly Pension Plan.  Attached hereto

is the certified green card acknowledging service.

---

■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

PBGC
Pension Benefit Guaranty Corp.
Legal Office Litigation
1200 K Street N.W.
Washington, D.C.
20005 - 4026

2. Article Number
(Transfer from service label)          7003 0500 0000 7773 3048

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                     12-21-7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
                **McCloud**

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Jan. 2, 2008

Neal A. Sanders, Esq.
Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001
(724) 282-7771

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of January, 2008, a true and correct copy of the foregoing **Affidavit of Service**, was mailed by the United States First Class Mail, postage prepaid, to the following:

U.S. District Court Clerk's Office
ATTN: Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C.   20001


Pension Benefit Guaranty Corporation
1200 K  Street
Washington, D.C.   20005-4026


U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C.   20530


U.S. Attorney for the District of Columbia
501 Third Avenue, N.W.
Washington, D.C.   20001


Dated: January 2, 2008        By:_____
                                  Neal A. Sanders, Esquire
                                  D.C. Bar No. 318212
                                  Counsel for Plaintiff,
                                  Leroy Montgomery



LAW OFFICES OF NEAL A. SANDERS
1924 North Main Street Ext
Butler, Pennsylvania 16001

(724) 282-7771