# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEROY MONTGOMERY

vs.                                    CIVIL ACTION NO. 07-2234 EGS

PENSION BENEFIT GUARANTY
CORPORATION, as statutory
trustee and guarantor of the
LTV Steel Hourly Pension
Plan

### AFFIDAVIT OF SERVICE

I, Neal A. Sanders, Attorney for Plaintiff, hereby declare

that on the 17th day of December, 2007, I mailed a copy of the

summons and complaint, certified mail return receipt requested,

to PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee and

guarantor of the LTV Steel Hourly Pension Plan c/o U.S. Attorney

General.  Attached hereto is the certified green card

acknowledging service.

■ item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
General
Litigation offices
950 Pennsylvania Avenue
N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

DEC 2 1 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7003 0500 0000 7773 3055

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Jan. 2, 2008

Neal A. Sanders, Esq.
Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001
(724) 282-7771

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of January, 2008, a true and correct copy of the foregoing **Affidavit of Service**, was mailed by the United States First Class Mail, postage prepaid, to the following:

U.S. District Court Clerk's Office
ATTN: Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C.   20001


Pension Benefit Guaranty Corporation
1200 K  Street
Washington, D.C.   20005-4026


U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C.   20530


U.S. Attorney for the District of Columbia
501 Third Avenue, N.W.
Washington, D.C.   20001


Dated: January 2, 2008          By: _____
                                     Neal A. Sanders, Esquire
                                     D.C. Bar No. 318212
                                     Counsel for Plaintiff,
                                     Leroy Montgomery



LAW OFFICES OF NEAL A. SANDERS
1924 North Main Street Ext
Butler, Pennsylvania 16001

(724) 282-7771