UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEROY MONTGOMERY

vs.

CIVIL ACTION NO. 07-2234 EGS

PENSION BENEFIT GUARANTY
CORPORATION, as statutory
trustee and guarantor of the
LTV Steel Hourly Pension
Plan

### AFFIDAVIT OF SERVICE

I, Neal A. Sanders, Attorney for Plaintiff, hereby declare that on the 14th day of January, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee and guarantor of the LTV Steel Hourly Pension Plan c/o U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JAN 0 7 2008 |
| 1. Article Addressed to:<br>_U.S. Attorney for the District of Columbia_<br>_501 Third Avenue N.W.,_<br>_Washington, D.C._<br>_20001_ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7003 1680 0006 4349 7932 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M | |

...sq.
...al A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001
(724) 282-7771

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of January, 2008, a true and correct copy of the foregoing **Affidavit of Service**, was mailed by the United States First Class Mail, postage prepaid, to the following:

U.S. District Court Clerk's Office
ATTN: Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001


Pension Benefit Guaranty Corporation
1200 K Street
Washington, D.C. 20005-4026


U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


U.S. Attorney for the District of Columbia
501 Third Avenue, N.W.
Washington, D.C. 20001

Dated: January 14, 2008        By: _____
                                Neal A. Sanders, Esquire
                                D.C. Bar No. 318212
                                Counsel for Plaintiff,
                                Leroy Montgomery


LAW OFFICES OF NEAL A. SANDERS
1924 North Main Street Ext
Butler, Pennsylvania 16001

(724) 282-7771