UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Leroy Montgomery,<br><br>        Plaintiff<br><br>        v.<br><br>PENSION BENEFIT GUARANTY<br>CORPORATION<br><br>        Defendant. | Case No. 1:07-CV-02234 |

## ANSWER TO COMPLAINT

In answer to the allegations in Plaintiff's Complaint, Defendant Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States, states as follows:

    1.    PBGC admits the allegations set forth in the first paragraph of the Complaint.

    2.    PBGC admits in part and denies in part the allegations set forth in the second paragraph of the Complaint. PBGC admits that it is a corporation wholly owned by the United States Government with offices located at 1200 K Street, N.W., Washington, D.C. 2005-4026. PBGC also admits that it administers and enforces Title IV of ERISA. PBGC admits it is the statutory trustee of the LTV Steel Hourly Pension Plan but states that it became the statutory trustee pursuant to an agreement between it and the Plan Administrator dated March 31, 2002.

    3.    PBGC admits the allegations set forth in the third paragraph of the Complaint.

4. PBGC admits the allegations set forth in the fourth paragraph of the Complaint.

5. Plaintiff's Complaint did not contain a fifth paragraph.

6. PBGC admits the allegations set forth in the sixth paragraph of the Complaint.

7. PBGC admits the allegations set forth in the seventh paragraph of the Complaint.

8. PBGC denies the allegations set forth in the eighth paragraph of the Complaint.

9. PBGC admits the allegations set forth in the ninth paragraph of the Complaint to the extent that the Defendant is asserting that he was a participant in the Pension Plan for Hourly Employees of Youngstown Sheet and Tube Company and Affiliates until March 17, 1973, his last day of employment with Youngstown Sheet and Tube Company.

10. PBGC admits the allegations set forth in the tenth paragraph of the Complaint.

11. PBGC admits the allegations set forth in the eleventh paragraph of the Complaint.

12. PBGC admits in part and denies in part the allegations set forth in the twelfth paragraph of the Complaint. PBGC admits that it sent a letter, dated May 13, 2005, to the Defendant relating to its February 4, 2005 determination. PBGC also admits that a true and correct copy of this letter was attached to the Complaint as Exhibit 3. PBGC denies the remaining allegations.

13. PBGC denies the allegations set forth in the thirteenth paragraph of the Complaint.

14. PBGC denies the allegations set forth in the fourteenth paragraph of the Complaint.

15. PBGC denies the allegations set forth in the fifteenth paragraph of the Complaint.

WHEREFORE, having fully answered, Defendant respectfully requests this Court to deny Plaintiff all relief requested, dismiss this action with prejudice, grant Defendant its attorney's fees and costs, and award Defendant such other and further relief as may be appropriate.

Respectfully submitted,

__/Nicole C. Hagan/_____
JUDITH R. STARR
General Counsel
PHILIP R. HERTZ
Deputy General Counsel
KENNETH J. COOPER
Acting Assistant General Counsel
BRUCE H. JAMES
NICOLE C. HAGAN, DC Bar #482274
Attorneys
PENSION BENEFIT GUARANTY
CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 326-4400, ext. 3754
Fax: (202) 326-4122

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2008 a true and correct copy of the foregoing **Answer to Complaint** was served electronically and by United States First Class Mail to the following:

Neil A. Sanders, Esq.
Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001


___/Nicole C. Hagan/_____
Nicole C. Hagan, DC Bar #482274
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K St. NW
Washington, DC 20005
(202) 326-4400 ext. 6543

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Leroy Montgomery,<br><br>   Plaintiff<br><br>  v.<br><br>PENSION BENEFIT GUARANTY<br>CORPORATION<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:07-CV-02234<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

The Clerk will please enter the appearance of Nicole C. Hagan as counsel for the Defendant in this action.

Respectfully submitted,


\_\_\_\_/Nicole C. Hagan/_____
Nicole C. Hagan, DC Bar #482274
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K St. NW
Washington, DC 20005
(202) 326-4400 ext. 6543

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing **Praecipe** has been made through the Court's electronic transmission system on this 15th day of February, 2008.

                    /Nicole C. Hagan/
Nicole C. Hagan, DC Bar #482274
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K St. NW
Washington, DC 20005
(202) 326-4400 ext. 6543