UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY MONTGOMERY,         ) | |
|              Plaintiff       ) | |
| v.                                            ) | Case No. 1:07-CV-02234 |
| PENSION BENEFIT GUARANTY  ) | |
| CORPORATION                      ) | |
|              Defendant.    ) | |

## JOINT [PROPOSED] SCHEDULING ORDER

Upon review of the joint report filed pursuant to LCvR 16.3, it is hereby **ORDERED**:

1. This case is exempt from initial disclosures under Rule 26(a)(1), Fed.R.Civ.P.

2. Defendant will deliver a complete copy of the administrative record to the Plaintiff by April 1, 2008.

3. Summary Judgment Motion:

    (a) Defendant will file a motion for summary judgment no later than May 1, 2008;

    (b) Plaintiff will file an opposition no later than 30 days after service of Defendant's motion for summary judgment;

    (c) Defendant will file a reply no later than 15 days after service of Plaintiff's response;

    (d) Plaintiff will file a cross-motion at the same time as its response to Defendant's motion for summary judgment is served;

       (e) Defendant will file a response no later than 30 days following service of Plaintiff's cross-motion; and

       (f) Plaintiff may file a reply no later than 15 days following service of Defendant's response.

4.     Plaintiff may file a Motion for Leave to Take Depositions not later than April 15, 2008, along with a Brief in Support.

5.     If approved by the Court, Plaintiff will take said depositions no later than 30 days after the Court rules on said motion.

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Emmet G. Sullivan
United Stated District Judge