UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Leroy Montgomery, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 07-CV-02234 |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR SUMMARY JUDGMENT

The Pension Benefit Guaranty Corporation hereby moves for summary judgment in its favor pursuant to Fed.R.Civ.P.56(c). The Court is respectfully referred to the accompanying Memorandum of Points and Authorities in Support of this Motion and the accompanying Statement of Material Facts not in dispute. The Administrative Record for this case is being filed with this Motion.

Respectfully submitted,

_/s/ Nicole C. Hagan_____
JUDITH R. STARR
General Counsel
PHILIP R. HERTZ
Deputy General Counsel
KENNETH J. COOPER
Assistant General Counsel
BRUCE H. JAMES, DC Bar #416759
NICOLE C. HAGAN, DC Bar #482274
Attorneys
PENSION BENEFIT GUARANTY
CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 326-4400, ext. 6543
Fax: (202) 326-4122