UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEROY MONTGOMERY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07-CV-02234 |
| ) | |
| PENSION BENEFIT GUARANTY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## [PROPOSED] SUMMARY JUDGMENT ORDER

Upon review of Defendant Pension Benefit Guaranty Corporation's Motion for Summary Judgment pursuant to Fed.R.Civ.P.56(c), the Court finds that there is no genuine issue of material fact in this action and that the moving party is entitled to summary judgment as a matter of law.

IT IS HEREBY ORDERED that Defendant Pension Benefit Guaranty Corporation's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Emmet G. Sullivan
United States District Judge