**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of May, 2008 a true and correct copy of the foregoing Summary Judgment Motion, Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, Statement of Material Facts, and Proposed Order was served electronically to the following:

Neil A. Sanders, Esq.
Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001

___/s/ Nicole C. Hagan_____
Nicole C. Hagan, DC Bar #482274
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K St. NW
Washington, DC 20005
(202) 326-4400 ext. 6543