<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 1st day of May, 2008 a true and correct copy of

the foregoing Administrative Record was served by Federal Express to the following:

Neil A. Sanders, Esq.
Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001

_____/s/ Nicole C. Hagan_____
Nicole C. Hagan, DC Bar #482274
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K St. NW
Washington, DC 20005
(202) 326-4400 ext. 6543